UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
U.S. Bank, N.A., et al.

In Re:

Shane Jimenez,

Debtor.

Case No.:      23-10176-ABA

Chapter:       13

Hearing Date:  12/19/2023

Judge:         Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 209 Avon Road (Docket # 44)

_____

Date: 12/14/2023                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*