Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10176 (ABA)

Shane A. Jimenez  
209 Avon Road  
Cherry Hill, NJ  08034

Monthly Payment: $553.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2023 | $934.00 | 02/28/2023 | $934.00 | 04/12/2023 | $934.00 | 07/18/2023 | $934.00 |
| 08/01/2023 | $934.00 | 09/05/2023 | $553.00 | 10/06/2023 | $553.00 | 11/17/2023 | $553.00 |
| 12/14/2023 | $553.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHANE A. JIMENEZ | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,170.00 | $4,170.00 | $0.00 | $4,170.00 |
| 0 | MC DOWELL LAW, PC | 13 | $545.00 | $545.00 | $0.00 | $545.00 |
| 1 | AMERICAN FIRST FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMEX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BBVA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAMDEN COUNTY MUA | 24 | $603.40 | $603.40 | $0.00 | $603.40 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $6,041.66 | $0.00 | $6,041.66 | $0.00 |
| 6 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,714.08 | $0.00 | $3,714.08 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $8,467.74 | $0.00 | $8,467.74 | $0.00 |
| 10 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMENITY BANK/VICTORIA SECRET | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | COMENITYCAPITAL/BJSCLB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING, LLC | 33 | $479.29 | $0.00 | $479.29 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $828.37 | $0.00 | $828.37 | $0.00 |
| 16 | FMA ALLIANCE, LTD. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | FRIEDMAN VARTOLO LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | FINWISE BANK | 33 | $689.18 | $0.00 | $689.18 | $0.00 |
| 19 | GREATER ALLIANCE FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | HORIZON SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | DEPARTMENT OF THE TREASURY | 28 | $1,882.00 | $403.03 | $1,478.97 | $403.03 |
| 22 | JHPDE FIN I | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MOHELA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MOHELA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | NETCREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $24,130.58 | $0.00 | $24,130.58 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | REGIONAL SEWER SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SYNCHRONY BANK/LOWES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SYNCHRONY/PAYPAL CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | TOWNSHIP OF CHERRY HILL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | UPGRADE, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | UPSTART NETWORK, INC. | 33 | $4,651.24 | $0.00 | $4,651.24 | $0.00 |
| 37 | VERIZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 6.00 | $0.00 |
| 08/01/2023 | Paid to Date | $4,670.00 |
| 09/01/2023 | 29.00 | $553.00 |
| 02/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,882.00 |
| Total paid to creditors this period: | $5,721.43 |
| Undistributed Funds on Hand: | $499.91 |
| Arrearages: | $553.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**