Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10176−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Shane A. Jimenez
    aka Shane Abag Jimenez, aka Shane
    Jimenez
    209 Avon Rd.
    Cherry Hill, NJ 08034

Social Security No.:
    xxx−xx−6453

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/20/24 at 09:00 AM

to consider and act upon the following:

*61* – Certification in Opposition to Certification of Default (related document:60 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/6/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Thomas G. Egner on behalf of Shane A. Jimenez. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 8/29/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court