Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10176−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shane A. Jimenez
aka Shane Abag Jimenez, aka Shane
Jimenez
209 Avon Rd.
Cherry Hill, NJ 08034

Social Security No.:
xxx−xx−6453

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/20/24 at 09:00 AM

to consider and act upon the following:

*61* − Certification in Opposition to Certification of Default (related document:60 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 09/6/2024. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Thomas G. Egner on behalf of Shane A. Jimenez. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 8/29/24

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Shane A. Jimenez  
    Debtor

Case No. 23-10176-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Aug 29, 2024      Form ID: ntchrgbk      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shane A. Jimenez, 209 Avon Rd., Cherry Hill, NJ 08034-1808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg  
     on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg  
     ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

David Coats  
     on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust Series 2021 BKM-TT-V dcoats@ghidottiberger.com

Denise E. Carlon  
     on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon  
     on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 29, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Thomas G. Egner
    on behalf of Debtor Shane A. Jimenez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10