| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V | <br>Order Filed on September 5, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 23-10176 ABA |
| In Re:<br>Shane A. Jimenez a/k/a Shane Abag Jimenez a/k/a Shane Jimenez<br><br>Debtor | Hearing Date: 8/20/2024 @ 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr. |

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 5, 2024**

*Honorable Andrew B. Altenburg, Jr.*
*United States Bankruptcy Court*

(Page 2)
Debtor:  Shane A. Jimenez a/k/a Shane Abag Jimenez a/k/a Shane Jimenez
Case No:  23-10176 ABA
Caption of Order:  ORDER CURING POST-PETIITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 209 Avon Road, Cherry Hill, NJ, 08034, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Thomas G. Egner, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 20, 2024, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payment due April 2024 through August 2024 as well as prior order payments due April 2024 through June 2024, for a total post-petition default of $9,860.98 (5 @ $1,980.14; 2 @ $330.03; 1 @ $329.99; less suspense of $1,029.77); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $9,860.98 will be paid by Debtor remitting $1,643.50 per month for five months and $1,643.48 for one month in addition to the regular monthly mortgage payment, which additional payments shall begin on September 1, 2024, and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2024, directly to Secured Creditor's servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.