Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−10176−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shane A. Jimenez
   aka Shane Abag Jimenez, aka Shane
   Jimenez
   209 Avon Rd.
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−6453

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 2/25/25 at 10:00 AM

to consider and act upon the following:

*73* – Certification in Opposition to Certification of Default (related document:72 Creditor's Certification of Default (related document:64 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM−TT−V. Objection deadline is 02/3/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM−TT−V) filed by Thomas G. Egner on behalf of Shane A. Jimenez. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 2/4/25

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court