# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
| | |
|---|---|
| In re: | Chapter 13 |
| Shane Jimenez, | Case No. 23-10176 |
| Debtors | |

---------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 73 OPPOSITION TO CREDITOR'S CERTIFICATION OF DEFAULT FILED ON FEBRUARY 3, 2025

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Shane Jimenez,** hereby withdraw document no. **73**, Opposition To Creditor's Certification Of Default filed **2/3/2025** in the above referenced matter.

McDowell Law, PC

Dated: February 21, 2025

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s)