| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Thomas G. Egner, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Tel: (856) 482-5544  Fax: (856) 482-5511<br>Email: tegner@mcdowelllegal.com |
| In re:<br>**Shane A. Jimenez** |

Case No.: **23-10176**

Chapter: **13**

Adv. No.:

Hearing Date:

Judge: **ABA**

# CERTIFICATION OF SERVICE

1. I, **Kristie Gresh** :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for **Thomas Egner**, who represents **the debtor** in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On **May 22, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Motion to Reinstate the Automatic Stay as to Fay Servicing
   Certification in Support of Motion
   Exhibit A
   Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  **May 22, 2025**                                           **/s/ Kristie Gresh**
                                                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg<br>Chapter 13 Trustee<br>535 Route 38 Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Denise Carlon, Esquire**<br>**KML Law Group PC**<br>**701 Market Street**<br>**Suite 5000**<br>**Philadelphia PA 19106** | Atty for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy