

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>1325 Franklin Ave. – Suite 160<br>Garden City, New York 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V |
| In Re:<br><br>Shane A. Jimenez<br>aka Shane Abag Jimenez<br>aka Shane Jimenez,<br><br>Debtor. |

Order Filed on July 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-10176-ABA

Chapter: 13

Hearing Date: June 17, 2025

Judge: Andrew B. Altenburg Jr.

### CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO REINSTATE THE AUTOMATIC STAY

The consent order set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: July 7, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Creditor: | Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V |
| Creditor's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | McDowell Law, PC |
| Property (Collateral): | 209 Avon Road, Cherry Hill, NJ 08034 |

Relief Sought:
- Reimposition of the Automatic Stay with Conditions

For good cause shown, it is **ORDERED** that Creditor's Objection(s) is (are) resolved, subject to the following conditions:

1. Status of Automatic Stay:

The parties agree that the Automatic Stay is hereby reimposed in full force and effect as to Creditor's interest in the real property being described as 209 Avon Road, Cherry Hill, NJ 08034 (hereinafter "the property").

2. Status of post-petition arrearages:

　☒　The Debtor(s) is/are overdue for **7** months, from **12/01/2024** to **06/01/2025.**

　☒　The Debtor(s) is/are overdue for **7** payments at **$2,285.37** per month.

　☒　The Debtor(s) is/are overdue for **4** APO payments, from **11/01/2024** to **02/01/2025.**

　☒　The Debtor(s) is/are overdue for **3** APO payments at **$1,643.50** per month.

　☒　The Debtor(s) is/are overdue for **1** APO payments at **$1,643.48** per month.

　☐　The Debtor(s) is/are due for **$0.00** in accrued late charges.

　☒　Applicant acknowledges suspense funds in the amount of **$23.10.**

Total Arrearages Due: **$22,548.47.**

3. Debtor(s) must cure all post-petition arrearages, as follows:

　☒　Immediate payment shall be made in the amount of **$22,548.47**. Payment shall be made no later than **10 days after the entry of this order.**

　☒　Beginning on **July 1, 2025**, regular monthly mortgage payments shall continue to be made in the amount of **$2,285.37**.

　☐　Beginning on _____, through and including _____, additional monthly

2

cure payments shall be made in the amount of **$_____** for ___ months; and beginning on _____, an additional monthly cure payment shall be made in the amount of **$_____** for ___ month.

☐ The amount of **$_____** shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Said amount includes the award of attorney's fees in paragraph 5 below.

4. Payments to the Secured Creditor shall be made to the following address:

Payments:

Fay Servicing LLC
P.O. Box 814609
Dallas, TX 75381-4609

5. In the event of default:

☒ Should the Debtors fail to make any of the above captioned payments delinquency is more than thirty (30) days late or the Debtor fails to cure the arrears through the plan, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within thirty (30) days from the date of conversion to bring the loan contractually current. Should the Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting Relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and

Debtor's attorney and the court shall enter an Order Relief from the Automatic Stay.

6. Award of Attorney's Fees:

    The Applicant is awarded attorney's fees of _____ and costs of _____.

    The fees and costs are payable:

    ☐ Attorney's fees and costs have been included in the Consent Order.

    ☐ Through the Chapter 13 plan.  The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

    ☐ To the Secured Creditor within _____ days

The undersigned hereby consent to the form and entry of the foregoing order.

The undersigned hereby consent to the form and entry of the foregoing order.

_____
Thomas G. Egner, Esq.
*Attorney for Debtor*
Date: 7/7/2025

/s/ Jason Schwartz_____
Jason Schwartz, Esq.
*Attorney for Secured Creditor*
Date: 7/7/2025