|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Friedman Vartolo LLP<br>1325 Franklin Ave. – Suite 160<br>Garden City, New York 11530<br>bankruptcy@friedmanvartolo.com<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Attorneys for  Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V | Order Filed on July 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 23-10176-ABA<br><br>Chapter: 13<br><br>Hearing Date: June 17, 2025<br><br>Judge: Andrew B. Altenburg Jr. |
| In Re:<br><br>Shane A. Jimenez<br>aka Shane Abag Jimenez<br>aka Shane Jimenez,<br><br>Debtor. | |

## CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO REINSTATE THE AUTOMATIC STAY

The consent order set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

**DATED: July 7, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Creditor: | Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V |
| Creditor's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | McDowell Law, PC |
| Property (Collateral): | 209 Avon Road, Cherry Hill, NJ 08034 |

Relief Sought:
- Reimposition of the Automatic Stay with Conditions

For good cause shown, it is **ORDERED** that Creditor's Objection(s) is (are) resolved, subject to the following conditions:

1. Status of Automatic Stay:

The parties agree that the Automatic Stay is hereby reimposed in full force and effect as to Creditor's interest in the real property being described as 209 Avon Road, Cherry Hill, NJ 08034 (hereinafter "the property").

2. Status of post-petition arrearages:

☒ The Debtor(s) is/are overdue for **7** months, from **12/01/2024** to **06/01/2025.**

☒ The Debtor(s) is/are overdue for **7** payments at **$2,285.37** per month.

☒ The Debtor(s) is/are overdue for **4** APO payments, from **11/01/2024** to **02/01/2025.**

☒ The Debtor(s) is/are overdue for **3** APO payments at **$1,643.50** per month.

☒ The Debtor(s) is/are overdue for **1** APO payments at **$1,643.48** per month.

☐ The Debtor(s) is/are due for **$0.00** in accrued late charges.

☒ Applicant acknowledges suspense funds in the amount of **$23.10.**

Total Arrearages Due: **$22,548.47.**

3. Debtor(s) must cure all post-petition arrearages, as follows:

☒ Immediate payment shall be made in the amount of **$22,548.47**. Payment shall be made no later than **10 days after the entry of this order.**

☒ Beginning on **July 1, 2025**, regular monthly mortgage payments shall continue to be made in the amount of **$2,285.37**.

☐ Beginning on _____, through and including _____, additional monthly

2

cure payments shall be made in the amount of **$_____** for __ months; and beginning on _____, an additional monthly cure payment shall be made in the amount of **$_____** for __ month.

☐ The amount of **$_____** shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Said amount includes the award of attorney's fees in paragraph 5 below.

4. Payments to the Secured Creditor shall be made to the following address:

    Payments:

    Fay Servicing LLC
    P.O. Box 814609
    Dallas, TX 75381-4609

5. In the event of default:

☒ Should the Debtors fail to make any of the above captioned payments delinquency is more than thirty (30) days late or the Debtor fails to cure the arrears through the plan, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒ In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within thirty (30) days from the date of conversion to bring the loan contractually current. Should the Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting Relief from the Automatic Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and

Debtor's attorney and the court shall enter an Order Relief from the Automatic Stay.

6. Award of Attorney's Fees:

The Applicant is awarded attorney's fees of _____ and costs of _____.

    The fees and costs are payable:

☐    Attorney's fees and costs have been included in the Consent Order.

☐    Through the Chapter 13 plan. The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐    To the Secured Creditor within _____ days

The undersigned hereby consent to the form and entry of the foregoing order.

The undersigned hereby consent to the form and entry of the foregoing order.

*Thomas G. Egner* (signature)

_____  
Thomas G. Egner, Esq.  
*Attorney for Debtor*  
Date: 7/7/2025

/s/ Jason Schwartz  
Jason Schwartz, Esq.  
*Attorney for Secured Creditor*  
Date: 7/7/2025

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10176-ABA |
| Shane A. Jimenez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Shane A. Jimenez, 209 Avon Rd., Cherry Hill, NJ 08034-1808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025               Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| David Coats | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dacoats@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jason Brett Schwartz
    on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jason Brett Schwartz
    on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jason Brett Schwartz
    on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Thomas G. Egner
    on behalf of Debtor Shane A. Jimenez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11