Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10176−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shane A. Jimenez
   aka Shane Abag Jimenez, aka Shane
   Jimenez
   209 Avon Rd.
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−6453

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       8/28/25
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney, period: 1/21/2025 to 7/23/2025.

COMMISSION OR FEES
fee: $1,407.50.

EXPENSES
$16.42.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 23, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10176-ABA |
| Shane A. Jimenez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 23, 2025 | Form ID: 137 | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane A. Jimenez, 209 Avon Rd., Cherry Hill, NJ 08034-1808 |
| 519807650 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 519807666 | + | Horizon Services, 307 Ruthar Drive, Newark, DE 19711-8016 |
| 519807673 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 519807678 | + | Township of Cherry Hill, Attn: Tax Office, 820 Mercer St., Cherry Hill, NJ 08002-2688 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 23 2025 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 23 2025 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Jul 23 2025 21:03:16 | Fay Servicing, LLC as Servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Jul 23 2025 21:03:22 | Rushmore Loan Management Services, LLC as Service, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 23 2025 21:29:15 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519807647 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2025 21:29:30 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 519807648 | + | Email/PDF: bncnotices@becket-lee.com | Jul 23 2025 21:18:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519807653 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2025 21:29:29 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519807652 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2025 21:39:57 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519807651 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 23 2025 21:17:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519807654 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 23 2025 21:17:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519807656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2025 21:40:08 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519807655 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | Jul 23 2025 21:29:31 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
|---|---|---|---|---|
| 519807657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2025 21:04:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519807658 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 23 2025 21:04:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519807659 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 23 2025 21:18:40 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519807660 | | Email/Text: bankruptcycourts@equifax.com | Jul 23 2025 21:03:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519807661 | ^ | MEBN | Jul 23 2025 21:01:57 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519807662 | | Email/Text: Bankruptcy@FMAAlliance.com | Jul 23 2025 21:03:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 519857695 | | Email/PDF: bncnotices@becket-lee.com | Jul 23 2025 21:18:10 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519807663 | ^ | MEBN | Jul 23 2025 21:03:25 | Friedman Vartolo LLP, Attn: Cristina Ferreri, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 519807665 | + | Email/Text: csocha@greateralliance.org | Jul 23 2025 21:04:00 | Greater Alliance FCU, Attn: Bankruptcy, 40 West Century Road, Paramus, NJ 07652-1454 |
| 519807664 | + | Email/Text: csocha@greateralliance.org | Jul 23 2025 21:04:00 | Greater Alliance Fcu, Attn: Bankruptcy Department, 40 W. Century Rd., Paramus, NJ 07652-1454 |
| 519807667 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2025 21:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519865078 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 23 2025 21:04:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, ST CLOUD, MN 56302 |
| 519807668 | | Email/Text: clientservices@paradigmassets.com | Jul 23 2025 21:03:00 | Jhpde Fin I, Attn: Bankruptcy, 5757 Phantom Drive Suite 225, Hazelwood, MO 63042 |
| 519859110 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2025 21:29:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519807669 | | Email/Text: EBN@Mohela.com | Jul 23 2025 21:03:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 519807671 | + | Email/Text: netcreditbnc@enova.com | Jul 23 2025 21:04:21 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519819008 | | Email/PDF: cbp@omf.com | Jul 23 2025 21:39:57 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519807672 | + | Email/PDF: cbp@omf.com | Jul 23 2025 21:29:10 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519807649 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 23 2025 21:03:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 519852740 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2025 21:04:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519859067 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2025 21:04:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519818979 | | Email/Text: bnc-quantum@quantum3group.com | Jul 23 2025 21:04:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519807674 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 21:03:00 | Rushmore Loan Management Services, Attn: Bankruptcy, PO Box 55004, Irvine, CA |

Case 23-10176-ABA    Doc 93    Filed 07/25/25    Entered 07/26/25 00:20:21    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 23, 2025 | Form ID: 137 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 92619-5004 |
| 519835832 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 23 2025 21:03:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519807675 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 23 2025 21:03:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519808248 | ^ | MEBN | Jul 23 2025 21:03:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519807676 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2025 21:17:17 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519807677 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 23 2025 21:40:09 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519807679 | ^ | MEBN | Jul 23 2025 21:02:11 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520037276 | ^ | MEBN | Jul 23 2025 21:02:40 | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520037277 | ^ | MEBN | Jul 23 2025 21:02:41 | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609, U.S. Bank National Association, Fay Servicing, LLC 75381-4609 |
| 519807680 | | Email/Text: bknotice@upgrade.com | Jul 23 2025 21:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 519967198 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 23 2025 21:18:40 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519807681 | + | Email/Text: LCI@upstart.com | Jul 23 2025 21:03:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519811409 | ^ | MEBN | Jul 23 2025 21:02:58 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519807682 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 23 2025 21:17:28 | Verizon, by American InfoSource LP, agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519807670 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jul 23, 2025 | Form ID: 137 | Total Noticed: 54

Date: Jul 25, 2025         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| David Coats | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dacoats@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jason Brett Schwartz | on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Thomas G. Egner | on behalf of Debtor Shane A. Jimenez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11