UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Charles Wohlrab, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

In Re:

Shane A. Jimenez aka Shane Abag Jimenez aka Shane Jiminez,

Debtor

Case No.: 23-10176
Chapter: 13
Hearing Date: January 20, 2026
Judge: Andrew B. Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled       ☒ Withdrawn

Matter: Creditor's Certificate of Default filed on December 18, 2025, docket #96

_____

Date: January 7, 2026

/s/ Jason Schwartz
Signature

*rev.8/1/15*