| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Shane A. Jimenez** | Case No. **23-10176**<br><br>Chapter: **13**<br><br>Judge: |

### CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Shane A. Jimenez**_____, debtor in this case certify as follows:

1.      All payments required to be made by me under my plan have been made and are paid in full.

2.      ☑      I am not required to pay domestic support obligations.

            ☐      I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   **February  8, 2026**               **/s/ Shane A. Jimenez**
                                                **Shane A. Jimenez**
                                                Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*