**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shane A. Jimenez | Social Security number or ITIN   xxx–xx–6453 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   23–10176–ABA

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shane A. Jimenez
aka Shane Abag Jimenez, aka Shane Jimenez

3/27/26

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-10176-ABA

Shane A. Jimenez                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                              Page 1 of 4

Date Rcvd: Mar 27, 2026                 Form ID: 3180W                           Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shane A. Jimenez, 209 Avon Rd., Cherry Hill, NJ 08034-1808 |
| 519807647 | + | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 519807650 | + | Camden County MUA, 1645 Ferry Ave., Camden, NJ 08104-1311 |
| 519807666 | + | Horizon Services, 307 Ruthar Drive, Newark, DE 19711-8016 |
| 519807673 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 519967198 | ++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA ROOM 3500, NEW YORK NY 10278-0068 address filed with court:, U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2026 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Mar 27 2026 21:56:02 | Fay Servicing, LLC as Servicer for U.S. Bank Natio, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | ^ | MEBN | Mar 27 2026 21:56:04 | Rushmore Loan Management Services, LLC as Service, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | EDI: PRA.COM | Mar 28 2026 01:21:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519807647 | + | EDI: JCAFF | Mar 28 2026 01:21:00 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 519807648 | + | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519807653 | | EDI: CAPITALONE.COM | Mar 28 2026 01:20:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 519807652 | + | EDI: CAPITALONE.COM | Mar 28 2026 01:20:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519807651 | + | EDI: CAPITALONE.COM | Mar 28 2026 01:20:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519807654 | + | EDI: JPMORGANCHASE | Mar 28 2026 01:20:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 519807656 | + | EDI: CITICORP | | |

District/off: 0312-1                                    User: admin                                    Page 2 of 4

Date Rcvd: Mar 27, 2026                                Form ID: 3180W                                Total Noticed: 54

| | | | |
|---|---|---|---|
| | | Mar 28 2026 01:21:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519807655 | + EDI: CITICORP | | |
| | | Mar 28 2026 01:21:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 519807657 | + EDI: WFNNB.COM | | |
| | | Mar 28 2026 01:20:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519807658 | + EDI: WFNNB.COM | | |
| | | Mar 28 2026 01:20:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519807659 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Mar 27 2026 22:05:32 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519807660 | Email/Text: bankruptcycourts@equifax.com | | |
| | | Mar 27 2026 21:54:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519807661 | ^ MEBN | | |
| 519807662 | Email/Text: Bankruptcy@FMAAlliance.com | Mar 27 2026 21:51:19 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| | | Mar 27 2026 21:54:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 519857695 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Mar 27 2026 22:05:21 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 519807663 | ^ MEBN | | |
| | | Mar 27 2026 21:56:25 | Friedman Vartolo LLP, Attn: Cristina Ferreri, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 519807665 | + Email/Text: csocha@greateralliance.org | | |
| | | Mar 27 2026 21:55:00 | Greater Alliance FCU, Attn: Bankruptcy, 40 West Century Road, Paramus, NJ 07652-1454 |
| 519807664 | + Email/Text: csocha@greateralliance.org | | |
| | | Mar 27 2026 21:55:00 | Greater Alliance Fcu, Attn: Bankruptcy Department, 40 W. Century Rd., Paramus, NJ 07652-1454 |
| 519807667 | + EDI: IRS.COM | | |
| | | Mar 28 2026 01:21:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519865078 | EDI: JEFFERSONCAP.COM | | |
| | | Mar 28 2026 01:21:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, ST CLOUD, MN 56302 |
| 519807668 | Email/Text: clientservices@paradigmassets.com | | |
| | | Mar 27 2026 21:53:00 | Jhpde Fin I, Attn: Bankruptcy, 5757 Phantom Drive Suite 225, Hazelwood, MO 63042 |
| 519859110 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 27 2026 22:05:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519807669 | Email/Text: EBN@Mohela.com | | |
| | | Mar 27 2026 21:53:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 519807671 | + Email/Text: netcreditbnc@enova.com | | |
| | | Mar 27 2026 21:55:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519819008 | EDI: AGFINANCE.COM | | |
| | | Mar 28 2026 01:20:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519807672 | + EDI: AGFINANCE.COM | | |
| | | Mar 28 2026 01:20:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519807649 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 27 2026 21:53:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 519852740 | EDI: Q3G.COM | | |
| | | Mar 28 2026 01:21:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519859067 | EDI: Q3G.COM | | |
| | | Mar 28 2026 01:21:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519818979 | EDI: Q3G.COM | | |
| | | Mar 28 2026 01:21:00 | Quantum3 Group LLC as agent for, JHPDE Finance 1 LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 519807674 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2026 21:53:00 | Rushmore Loan Management Services, Attn: Bankruptcy, PO Box 55004, Irvine, CA 92619-5004 |
| 519835832 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2026 21:53:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519807675 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2026 21:53:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519808248 | + EDI: PRA.COM | Mar 28 2026 01:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519807676 | + EDI: SYNC | Mar 28 2026 01:20:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519807677 | + EDI: SYNC | Mar 28 2026 01:20:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519807678 | + Email/Text: credmond@chnj.gov | Mar 27 2026 21:54:00 | Township of Cherry Hill, Attn: Tax Office, 820 Mercer St., Cherry Hill, NJ 08002-2688 |
| 519807679 | ^ MEBN | Mar 27 2026 21:52:04 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520037276 | ^ MEBN | Mar 27 2026 21:54:37 | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609 |
| 520037277 | ^ MEBN | Mar 27 2026 21:54:38 | U.S. Bank National Association, Fay Servicing, LLC, PO Box 814609, Dallas TX 75381-4609, U.S. Bank National Association, Fay Servicing, LLC 75381-4609 |
| 519807680 | Email/Text: bknotice@upgrade.com | Mar 27 2026 21:53:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 519807681 | + Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 21:54:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 519811409 | + Email/Text: UpStart@ebn.phinsolutions.com | Mar 27 2026 21:54:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519807682 | + EDI: AIS.COM | Mar 28 2026 01:21:00 | Verizon, by American InfoSource LP, agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 49

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519807670 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-1

User: admin

Page 4 of 4

Date Rcvd: Mar 27, 2026

Form ID: 3180W

Total Noticed: 54

Date: Mar 29, 2026

Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| David Coats | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V dacoats@raslg.com |
| Jason Brett Schwartz | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jason Brett Schwartz | on behalf of Creditor Fay Servicing  LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jason Brett Schwartz | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust, Series 2021 BKM-TT-V bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for RMTP Trust  Series 2021 BKM-TT-V bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Thomas G. Egner | on behalf of Debtor Shane A. Jimenez tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12